**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| MARIO MISAEL BETANCE-PUERTO | CIVIL ACTION NO. 26-3708 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN ALLEN PARISH PUBLIC SAFETY COMPLEX | MAGISTRATE JUDGE PEREZ-MONTES |

**ORDER**

Mario Misael Betance-Puerto ("Petitioner") filed a petition for a writ of habeas corpus, Record Document 1, and an emergency motion for temporary restraining order, Record Document 2. The habeas petition is **REFERRED** to the Magistrate Judge for recommendation. For the following reasons, the emergency motion for temporary restraining order is **DENIED**.

The Petitioner asks for a temporary restraining order prohibiting his transfer to another jurisdiction pending his habeas petition. Such a transfer would not deprive the Court of jurisdiction, and therefore, injunctive relief is unwarranted. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

Accordingly, the emergency motion for temporary restraining order, Record Document 2, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 23rd day of September, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE